## In the United States District Court
## For the Eastern District of North Carolina
## Eastern Division
## Case No. 4:11-cv-00084-F

| | |
|---|---|
| Nicasio Bautista,<br>    Plaintiff<br><br>v.<br><br>Pedro Zuniga<br>and<br>Cristina Zuniga,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) **DEFAULT**<br>)<br>)<br>)<br>)<br>) |

Upon motion, request, and proper showing by counsel for Plaintiff in the above captioned action for entry of default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, and the above-named Defendants Pedro Zuniga and Cristina Zuniga, having failed to appear, plead, or otherwise defend, default is hereby entered against the Defendants Pedro Zuniga and Cristina Zuniga.

So Ordered, this 25th day of August, 2011.

_____
DENNIS P. IAVARONE, CLERK