UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NICASIO BAUTISTA,           )
       Plaintiff,           )
                           )
v.                          )    **JUDGMENT**
                           )
                           )    No. 4:11-CV-84-F
                           )
PEDRO ZUNIGA, CRISTINA ZUNIGA,   )
       Defendants.         )

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows.

**IT IS ORDERED, ADJUDGED AND DECREED** that pursuant to the court's order dated April 5, 2012, the Defendants Pedro Zuniga and Cristina Zuniga are adjudged jointly and severally for violation of the Fair Labor Standards Act, in the amount of $1,028.28; for violations of 29 U.S.C. §§ 1831(b) and 1831(c)(2) in the amount of $650.00 to be paid to the Plaintiff plus interest from the date of this judgment until paid. Defendant Pedro Zuniga is adjudged liable for violations of 29 U.S.C. §§ 1811(a) and 1812(2) in the amount of $500.00 to be paid to Plaintiff and Defendant Cristina Zuniga is adjudged liable for violations of 29 U.S.C. §§ 1811(a) and 1812(2) in the amount of $500.00 to be paid to Plaintiff.

**FURTHER**, the Plaintiff's motion for attorney's fees and costs is ALLOWED. The court awards Plaintiff $9,897.50 in attorney's fees and $380.00 in costs. The Clerk of Court is DIRECTED to close this case.

**This Judgment Filed and Entered on June 5, 2012, and Copies To:**

Lori J. Johnson (via CM/ECF Notice of Electronic Filing)
Pedro Zuniga and Cristina Zuniga (via US Mail to 979 Bynum Farm Road, Pinetops, NC 27864)

DATE                         JULIE A. RICHARDS, CLERK
June 5, 2012              /s/ Susan K. Edwards
                               (By) Susan K. Edwards, Deputy Clerk